GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

ANGELIOU SCHILLINGER
Associate
Licensed in NY, NJ
Email: aschillinger@garfunkelwild.com
Direct Dial: (516) 393-2512

FILE NO.: 15478.0019

November 23, 2026

**VIA ECF**

MEMO ENDORSED

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Rosa v. Tri-County, LLC, et al.;*
Case No.: 26-cv-7220 – JGLC-JCM
Joint Letter-Motion to Adjourn Initial Pretrial Conference

Dear Judge Clarke:

We represent Defendants in this matter. We write jointly with Plaintiffs, who consent to this request, to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for December 1, 2026. This is the Parties' first request for an adjournment of this conference, and accordingly no prior requests have been granted or denied.

Defendants waived service (ECF Nos. 12–14), and their deadline to answer the Complaint is January 4, 2027. Pursuant to the Court's Notice (ECF No. 3), the matter will be referred to the SDNY Mediation Program after that deadline. Accordingly, mediation has not yet been scheduled.

Because mediation has not yet been scheduled, the Parties respectfully request that the Court either (i) set a control date for the Parties to provide an update on the status of mediation and request a conference, if appropriate, or (ii) permit the Parties to file a joint status report within 14 days after mediation concludes, advising the Court of the outcome and whether an Initial Pretrial Conference is necessary. No other appearances are currently scheduled in this matter.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Angeliou Schillinger*

cc: All Counsel of Record (by ECF)

Application GRANTED. The conference in this matter, previously scheduled for December 1, 2026, is ADJOURNED *sine die*. The parties are ORDERED to file a joint status letter, by the earlier of either: **February 23, 2027**, or seven days after the completion of mediation, updating the Court on settlement and the status of the case.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 23, 2026
White Plains, New York